■ Tamaica M. Taylor, Appellant, v Marcia A. Birdsong, Respondent. (Action No. 1.) Tamaica M. Taylor, Appellant, v Da-

VID VANGALIO, Respondent. (Action No. 2.) (Appeal No. 2.) [997 NYS2d 644]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered May 1, 2013. The order denied the motion of plaintiff for leave to renew her motion for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Carni, Valentino and Whalen, JJ.